UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>V.<br><br>ROY FRANKLIN KNOWLES, SR.,<br><br>    Defendant. | CRIMINAL ACTION NO. 7:08-28-KKC<br><br><br>**MEMORANDUM<br>OPINION AND ORDER** |

*** *** ***

This matter is before the Court on Ms. Tresa Abott's request for reconsideration of this Court's denial of Defendant Roy Franklin Knowles' request for a sentence reduction. (DE 438.) By letter, Defendant's daughter offers additional support for a sentence reduction based on Amendment 782 to the United States Sentencing Guidelines. The amendment reduces by two the offense levels assigned in the Drug Quantity Table, U.S.S.G. § 2D1.1, resulting in lower guideline ranges for most drug trafficking offenses.

Knowles pleaded guilty to one count of conspiring to distribute Oxycodone. (DE 342). On November 10, 2009, this Court sentenced Knowles to a term of 128 months imprisonment. (DE 342). This sentence constituted a nine (9) month variance from Knowles' minimum guideline range at that time. Knowles' amended guideline range is 108–135 months. This Court denied Knowles' original request for a sentence reduction because his original sentence fell within his amended guideline range. (DE 438.)

In support of reconsideration, Defendant's daughter has notified this Court of the deteriorating health of Defendant's son, wife, and only surviving sibling. These facts, combined with significant evidence that Defendant, now 73 years old, has made substantial

strides towards rehabilitation, persuade this Court that a reduction is warranted. (DE 437.) The risk of "danger to any person or [ ] community" posed by Defendant is significantly mitigated by the above circumstances. U.S. SENTENCING COMM'N, AMENDMENT TO THE SENTENCING GUIDELINES (July 18, 2014). Consequently, this Court will grant a reduction of Defendant's sentence to 99 months, which represents a corresponding nine (9) month variance from the original guidelines

Accordingly, **IT IS ORDERED** that:

1. This Court's Order denying Defendant's motion for sentence reduction (DE 438) is **SET ASIDE**;

2. Defendant's motion for sentence reduction (DE 437) is **GRANTED**;

3. This Court will enter an order reducing the previously imposed sentence of 126 months to 99 months; and

4. The clerk of court is directed to file the attached letter in the record.

Dated December 8, 2015.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY